**Leon Gene CLUGSTON,
Plaintiff–Appellant,**

v.

**Eric SMITH; et al., Defendants–
Appellees.**

No. 06–35755.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 16, 2007.*

Filed Jan. 18, 2007.

Leon Gene Clugston, Wasilla, AK, pro se.

Megan Renee Webb, Esq., AGAK–Office of the Alaska Attorney General, Anchorage, AK, Crystal Dawn Langham, Wasalia, AK, for Defendants–Appellees.

Before: SILVERMAN, PAEZ and BYBEE, Circuit Judges.

MEMORANDUM **

Appellees' motion for summary disposition is granted because the questions raised by this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

Accordingly, we affirm the district court's judgment. All pending motions are denied as moot.

**AFFIRMED.**